UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

MARTESE SLATER,

        Petitioner,

        v.                             No. 06-CV-611
                                           (LEK/DRH)

GARY GREENE, Superintendent,

        Respondent.

**APPEARANCES:**                       **OF COUNSEL**:

MARTESE SLATER
Petitioner Pro Se
No. 01-A-4482
Great Meadow Correctional Facility
Post Office Box 51
Comstock, New York 12821

HON. ANDREW M. CUOMO           ALYSON J. GILL, ESQ.
Attorney General for the               Assistant Attorney General
    of New York
Attorney for Respondent
120 Broadway
New York, New York 10271

**FREDERICK J. SCULLIN, S.J.**

## DECISION AND ORDER

      The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed on November 6, 2007 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court hereby

      **ORDERS**, that the Report-Recommendation of Magistrate Judge David R. Homer filed

November 6, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

  **ORDERS**, that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED**.

DATED: November 26, 2007
     Syracuse, New York

                     _____
                     Frederick J. Scullin, Jr.
                     Senior United States District Court Judge